UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-80780-CV-MIDDLEBROOKS/JOHNSON

BLANCHE M. DELLAPIETRO,

    Plaintiff,

v.

LEADING EDGE RECOVERY
SOLUTIONS, LLC,

    Defendant.
_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (DE 10) ("Notice"), filed on August 26, 2011. I have reviewed the Plaintiff's Notice and am otherwise fully advised in the premises. Plaintiff filed this Notice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(a). Plaintiff filed her Notice before Defendant served an Answer or filed a Motion for Summary Judgment.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiff's Notice of Voluntary Dismissal With Prejudice (DE 10) is **GRANTED**.

It is hereby **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITH PREJUDICE** against Defendant; and

2. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 23 day of September, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record